■ In the Matter of BOLESLAW MASTAI et al., Appellants, v CHARLES HITCHCOCK et al., Constituting the Zoning Board of Appeals of the Town of East Hampton, et al., Respondents. ALEC BALDWIN, Intervenor-Respondent. [609 NYS2d 880] —Judgment unanimously affirmed with costs for reasons stated in decision at Supreme Court, McInerney, J. (Appeal from Judgment of Supreme Court, Suffolk County, McInerney, J.—Article 78.) Present—Denman, P. J., Green, Balio and Fallon, JJ.